ADAM PAUL LAXALT
   Attorney General
IZAAC ROWE (Bar. No. 13947)
   Deputy Attorney General
State of Nevada
Office of the Attorney General
555 East Washington Ave., #3900
Las Vegas, Nevada 89101
Phone: (702) 486-3210
Fax: (702) 486-3773
E-mail:  irowe@ag.nv.gov

Attorneys for Defendants
State of Nevada, E.K. McDaniel,
Bruce Stroud, Jerry Howell,
Julio Calderin and Duane Wilson

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| STEVEN CITY BROOMFIELD,<br><br>        Plaintiff,<br><br>v.<br><br>THE STATE OF NEVADA Ex. Rel;<br>E.K. MCDANIEL, Director of Nevada Department of Corrections;<br>BRUCE STROUD, Assistant Warden;<br>JERRY HOWELL, Assistant Warden;<br>JULIO CALDERIN, Chaplain;<br>DUANE WILSON, F.S.M. III,<br><br>        Defendants. | Case No. 2:16-cv-01793-JAD-PAL<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>ECF No. 8 |

It is stipulated and agreed by and between Plaintiff, STEVEN CITY BROOMFIELD, by and through counsel, Travis N. Barrick, Esq., and Defendants THE STATE OF NEVADA, E. K. MCDANIEL, BRUCE STROUD, JERRY HOWELL, JULIO CALDERIN, and DUANE WILSON, by and through counsel, Adam Paul Laxalt, Nevada Attorney General, and Izaac Rowe, Deputy Attorney General, that the above- captioned

///

///

matter be dismissed with prejudice, and that each party will bear their own attorney fees and costs.

| Dated 5th day of January, 2017. | Dated 6th day of January, 2017. |
|---|---|
| By: /s/ Travis N. Barrick<br>Travis N. Barrick, Esq.<br>GALLIAN WELKER & BECKSTROM, LC<br>540 E. St. Louis Avenue<br>Las Vegas, Nevada 89117<br>*Attorneys for Plaintiff* | By: /s/ Izaac Rowe<br>Izaac Rowe, Esq.<br>Deputy Attorney General<br>Office of the Nevada Attorney General<br>555 E. Washington Avenue, #3900<br>Las Vegas, Nevada 89101<br>*Attorneys for Defendants* |

### ORDER

Based on the parties' stipulation [ECF No. 8] and good cause appearing, IT IS HEREBY ORDERED that this case is dismissed with prejudice, each party to bear its own fees and costs. The Clerk of Court is directed to CLOSE THIS CASE.

_____
Jennifer Dorsey, U.S. District Judge
Dated January 6, 2017